UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Carl Lee Ashley,

Plaintiff(s),

v.

Case No. 2:19-cv-10484-MAG-DRG
Hon. Mark A. Goldsmith

Mary Boayue, et al.,

Defendant(s),

---

**ORDER OF ASSIGNMENT OF COUNSEL**

The Court having identified that the above-named Plaintiff(s), presently proceeding in propria persona in this matter, would benefit from the assistance of counsel, and the below named attorney having indicated that he/she is willing to accept pro bono assignment in this matter;

IT IS ORDERED that Patrick Masterson, whose mailing address is:

Patrick Masterson
Dickinson Wright PLLC
500 Woodward Ave
Suite 4000
Detroit, MI 48226

is hereby assigned to represent the above-named Plaintiff(s) in this matter, unless said assignment is terminated by (1) Order of the Court, (2) assignment of substitute counsel, or (3) termination of the matter before the Court.

IT IS FURTHER ORDERED that:

1. Assigned counsel be provided, without cost and upon his/her request, copies of all pleadings filed to date in the matter, and that he/she proceed as counsel of record from this date forward;

2. Assigned counsel may only request to withdraw from this matter through filing of a motion, with notice to Plaintiff(s), setting forth full particulars as to why such a motion should be granted.

s/ Mark A. Goldsmith
Mark A. Goldsmith
U.S. District Judge

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

By: s/Joseph Heacox
Case Manager

Dated: October 2, 2026